IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| DAISY SCARBROUGH, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 13-00110-WS-N ) |
| STATE OF ALABAMA, et al., | ) ) |
| Defendants. | ) |

ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and there having been no objections filed, the Report and Recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(A), and dated October 23, 2013, is **ADOPTED** as the opinion of this Court. It is **ORDERED** that this action be **DISMISSED without prejudice** for want of prosecution and failure to comply with the Court's orders.

**DONE** this 20th day of November, 2013.

                                        s/WILLIAM H. STEELE
                                      CHIEF UNITED STATES DISTRICT JUDGE